**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000298**
**22-DEC-2023**
**08:02 AM**
**Dkt. 29 ODSD**

NO. CAAP-23-0000298

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

KEITH KOHL, Plaintiff-Appellee, v.
MICHELLE ROEBUCK, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL NO. 1DRC-21-0005051)

ORDER DISMISSING APPEAL
(By: Hiraoka, Presiding Judge, Wadsworth and Guidry, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before September 28, 2023, and October 30, 2023, respectively;

(2) Self-represented Defendant-Appellant Michelle Roebuck (**Roebuck**) failed to file either document or request an extension of time;

(3) On November 6, 2023, the appellate clerk entered a default notice informing Roebuck that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on November 16, 2023, for appropriate action, which could include dismissal of

the appeal under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Roebuck could request relief from default by motion; and

(4) Roebuck has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, December 22, 2023.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge